UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 6 2007

JAMES W. McCORMACK, CLERK
By: Dxackm           DEP CLERK

UNITED STATES OF AMERICA

v.  NO. 4:04CR00249-11-JMM

MICHAEL JERMAN CAFFEY

MOTION AND ORDER OF DISMISSAL

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States of America, through Jane W. Duke, Acting United States Attorney for the Eastern District of Arkansas, and Jana K. Harris, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Indictment in the above-styled case. The Indictment charges the defendant with conspiring to commit bank fraud in violation of Title 18, United States Code, Section 371. Dismissal is sought because the defendant has been placed in the pretrial diversion program.

WHEREFORE, for the above reasons, the United States respectfully requests leave of Court for dismissal of the Indictment as to this defendant only in the above-styled case.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

JANA K. HARRIS
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR  72203
(501)340-2600

Leave of Court is hereby granted for filing of the foregoing dismissal.

_____         _____
UNITED STATES DISTRICT JUDGE                    DATE